■ In the Matter of RUTH A. POTTER, Objector, Respondent, v GREGORY J. DUDEK et al., as Candidates for the Nomination of the Republican Party for the Public Office of Erie County Family Court Judge, Appellants, and MARK G. GIANGRECO, Objector to the Republican Nominating Petition of CHRISTOPHER J. BURNS, et al., Respondents. (Appeal No. 2.)—Appeal unanimously dismissed without costs. (Appeal from order of Supreme Court, Erie County, Ostrowski, J.—reargument.) Present—Callahan, J. P., Green, Pine, Balio and Lawton, JJ. (Order entered Aug. 21, 1986.)

■ In the Matter of HENRY G. KLEMANN, Appellant, v MARY Q. SALOTTI et al., Constituting the Board of Elections of the County of Ontario, et al., Respondents.—Order unanimously affirmed without costs. (Appeal from order of Supreme Court, Ontario County, Tillman, J.—Election Law.) Present—Callahan, J. P., Green, Pine, Balio and Lawton, JJ. (Order entered Aug. 21, 1986.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN JACKSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Curran, J.—burglary, third degree, and criminal mischief, fourth degree.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD CRAWFORD, Appellant.—Order unanimously affirmed. Memorandum: We note that Supreme Court erred in characterizing defendant's CPL 440.20 motion as one to vacate judgment under CPL 440.10 and, accordingly, applied an incorrect standard in determining the motion. Defendant concedes on appeal, however, that the record before us is sufficient to resolve the motion using the appropriate standard. Defendant was properly sentenced as a second violent felony offender on the basis that he had a prior conviction in 1975 for robbery in the second degree *(see, People v Morse,* 62 NY2d 205). It was appropriate, therefore, to deny his motion to vacate the sentence. (Appeal from order of Supreme Court, Monroe County, Kennedy, J.—CPL 440.20). Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.